# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEF DEFICIENCY LETTER

January 13, 2025

| | |
|---|---|
| No. 24-2927 | REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, et al., Plaintiffs - Appellees<br><br>v.<br><br>TODD ROKITA, et al., Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-01805-JRS-MG<br>Southern District of Indiana, Indianapolis Division<br>District Judge James R. Sweeney, II | |

**To:** James A. Barta
OFFICE OF THE ATTORNEY GENERAL
302 W. Washington Street
Indiana Government Center South
5th Floor
Indianapolis, IN 46204-2770

Mr. Jefferson Stewart Garn
OFFICE OF THE ATTORNEY GENERAL
302 W. Washington Street
Indiana Government Center South
Indianapolis, IN 46204-2770

Ms. Jenna Lorence
OFFICE OF THE ATTORNEY GENERAL
302 W. Washington Street
Indiana Government Center South

5th Floor
Indianapolis, IN 46204-2770

John P. Lowrey
OFFICE OF THE CORPORATION COUNSEL
City of Indianapolis and County of Marion
200 E. Washington Street
Suite 1601
Room 1601
Indianapolis, IN 46204-0000

Adrienne Pope
OFFICE OF THE ATTORNEY GENERAL
302 W. Washington Street
Indiana Government Center South
Indianapolis, IN 46204-2770

Thomas S. Pratt
OFFICE OF THE ATTORNEY GENERAL
302 W. Washington Street
Indiana Government Center South
Indianapolis, IN 46204-2770

Mr. John Michael Vastag
OFFICE OF THE ATTORNEY GENERAL
302 W. Washington Street
Indiana Government Center South
Fifth Floor
Indianapolis, IN 46204-2770

Documents that are determined by the Clerk's Office to be procedurally deficient **must be corrected and returned for filing within seven (7) days** from the date of this notice. **Previously set deadlines will not be automatically extended by this deficiency notice.** Copies of the revised document must be served upon all other parties. **The substance of the document must not be changed;** only the procedural deficiency is to be corrected. If the initial filing was untimely or if the revised document is not resubmitted to the Clerk's Office for filing within the seven (7) days, a motion for leave to file instanter must accompany it, and must also be served upon all other parties.

Today this office "Received" your brief, which has been deemed deficient for filing due to the following procedural concern(s):

A statement of the case is required. See Fed. R. App. P. 28(a)(6). "Background" should be included under the Statement of the Case.

The resubmission will be deemed timely if the electronic filing is accomplished within seven (7) days of this notice (by 11:59 pm on the seventh day of this notice).

Sincerely,
Clerk of the Court


By: Deputy Clerk:

_____

NV

NOTE:   Counsel should notify the Clerk's Office within two (2) days of the deficiency letter if they would like the deficient briefs returned at counsel's expense. If not, the deficient briefs will be discarded.


form name: **c7_Brief_Deficiency_Letter**   (form ID: **187**)