# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 5, 2025

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
DORIS L. PRYOR, *Circuit Judge*

| | |
|---|---|
| No. 24-2927 | REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, et al., Plaintiffs - Appellees<br><br>v.<br><br>TODD ROKITA, et al., Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-01805-JRS-MG<br>Southern District of Indiana, Indianapolis Division<br>District Judge James R. Sweeney, II | |

We **AFFIRM** the district court's decision to enjoin enforcement of the buffer law against the plaintiffs, but we **REMAND** for the district court to consider, through additional briefing or other means, the appropriate scope of injunctive relief. The above is in accordance with the decision of this court entered on this date. Costs awarded to Plaintiffs-Appellees.

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)