# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

August 27, 2025

To: Kristine L. Seufert
UNITED STATES DISTRICT COURT
Southern District of Indiana
United States Courthouse
Indianapolis, IN 46204-0000

| | |
|---|---|
| No. 24-2927 | REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>TODD ROKITA, et al.,<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-01805-JRS-MG<br>Southern District of Indiana, Indianapolis Division<br>District Judge James R. Sweeney, II | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:  No record to be returned

form name: **c7_Mandate**   (form ID: **135**)